**Order filed September 25, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00554-CV
_____

**NARENDRA BAJANIYA, Appellant**

**V.**

**SOLOCHNA  BAJANIYA, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21705**

# O R D E R

Appellant's brief was due August 31, 2012**.**  No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **October 25, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM